# In the United States District Court
## For the Southern District of Georgia
### Brunswick Division

JOHNNY JUNIOR DUNCAN,       *
                            *
            Petitioner,     *       CIVIL ACTION NO.: 2:15-cv-177
                            *
    v.                      *
                            *
WARDEN J.V. FLOURNOY,       *
                            *
            Respondent.     *

## O R D E R

Presently before the Court is the Magistrate Judge's May 13, 2016, Report and Recommendation, dkt. no. 11, to which Petitioner Johnny Duncan ("Duncan") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Duncan's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, and **DENIES** Duncan leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 19 day of July , 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)